IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| MAYRA ALEJANDRA GOMEZ,<br><br>Plaintiff,<br><br>v.<br><br>KIKA SCOTT, *Director of U.S. Citizenship and Immigration Services*, et al.,<br><br>Defendants. | : | CIVIL ACTION NO. 3:25-cv-00047-LMM |

**ORDER**

In this action, Plaintiff Mayra Alejandra Gomez sought an order of mandamus compelling Defendants to take action on her application for adjustment of her visa status. Dkt. No. [1]. Defendants subsequently filed a motion to dismiss the matter pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure on grounds that U.S. Citizenship and Immigration Services has issued a decision denying Plaintiff's application and that the complaint is now moot. Dkt. No. [7]. Plaintiff, who is represented by counsel, has not filed a response to the motion.

It appearing that this action is in fact moot, Defendants' motion to dismiss is **GRANTED**, and this action is **DISMISSED**. The Clerk is **DIRECTED** to enter judgment in Defendants' favor and close the case.

**IT IS SO ORDERED** this 29th day of May, 2025.

**Leigh Martin May**
**United States District Judge**